FILED 7 JUL '23 10:42 USDC-ORP

Edward Arthur Griffin
Reg. No. 12544-042
FCI-Sheridan
P.O. Box 5000
Sheridan, OR 97378-5000
Pro se — Plaintiff


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| EDWARD ARTHUR GRIFFIN, Plaintiff, | Case No. 3:23-cv-01003-HZ |
|---|---|
| vs. | To be assigned by Clerk of Court |
| UNITED STATES OF AMERICA, Defendant. | Federal Tort Claims Act Lawsuit |

Comes Now, pro se plaintiff, Mr. Edward Arthur Griffin (hereinafter) (Mr. Griffin), and brings this FTCA Lawsuit against the United States.

Page 1 of 15

## FACTS

This lawsuit is based upon the attached declaration and exhibits therefore, and the argument below.

## ARGUMENT

A.

The FTCA waives the federal government's sovereign immunity and gives district court's jurisdiction over suits for money damages brought against the United States based on negligent acts or omissions of federal employees. See 28 U.S.C. § 1346; see also Sosa v. Alvarez Machain, 542 U.S. 692, 700 (2004). Subsection (b) of section 1346 waives sovereign immunity with respect to claims " for injury or loss of property ... caused by the negligence or wrongful act or omission of any employee " of the federal government acting within the scope of his or her employment. Id. § 1346(b),

Page 2 of 15

It should be noted at the outset that Mr. Griffin asserts that his claim DOES NOT fall within the detention of goods exception under Section 2680(c) and he objects, in advance, that such a claim does fall within the 'detention of goods exception'. He expressly argues that the Supreme Court's decision in <u>Ali v. FBOP</u>, 552 U.S. 214 (2008) is not on point to his unique and personal situation.

    <u>Ali</u> does not apply to Mr. Griffin's case for 'at least' three (3) reasons.

1) Mr. Griffin's property was "not ever detained by anyone in the FBOP.";

2) <u>Ali</u> involved property that was "merely detained for a short period of time and then returned" to him (Ali) with some items missing, however, none of Mr. Griffin's stolen property was ever returned to him as staff simply

Page    3 of 15

threw it away; and

3) Ali had signed "documents certifying that his property was delivered to him [and] relinquishing any claims relating to any missing or damaged property," thus Mr. Griffin has signed no documents in his case.

In the case at hand, Mr. Griffin had his property securely locked inside his locker which was located within his assigned cell (living quarters) in the general population at FCI-Sheridan in Unit 2B. See Exhibit A to this FTCA Lawsuit. During a shakedown of the institution over a period of days, but specifically on July 27, 2022, Mr. Griffins unit was shook down. The Staff threw away his personal property out of his secured locker. NO JUSTIFICATION WHATSOEVER. See Exhibit A.

Page 4 of 15

Mr. Griffin Exhausted his administrative remedies and filed a Tort claim with the western Regional office. See Exhibit D . On Aug. 22, 2022 Mr. Griffin was informed by the Western Regional counsel, Dennis M. wong, that his agency has, 'up to six months' from Aug. 22, '22 to make a final determination as to Mr. Griffin's administrative claim for damages. See Exhibit E .

To this date, after several inquiries, Mr. Griffin has not received any information as to his claim for damages, nor has the Western Regional counsel either denied or granted (even in part) his claim for damages. See Exhibit F,

This Court should keep in mind ᵃⁿᵈ G. that Mr. Griffin has one (1) year from the date of the incident to file in this Court his FTCA Lawsuit. See _Paradyne Learning v. U.S._, 93 Fed. Cl, 465 (2010) See _4-Star constr. corp v. U.S._, 6 Cl. Ct. 271 (1984). Therefore, due to such deadline and lack of response from the Regional Counsel, Mr. Griffin takes it as a denial.

Page 5 of 15

Mr. Griffin had also submitted a BP-9 (administrative remedy) to the warden, also to no avail as he has not received a reply to such. See Exhibit C.

In any event, the FBOP's "throwing away" Mr. Griffin's personal property, without justification as it was not or should not have been considered contraband "DOES NOT AMOUNT TO A DETENTION of his property within the meaning of Section 2680(c).

"The interpretation of a statutory provision must begin with the plain meaning of its language." U.S. v. Flores, 729 F.3d 910, 914 (9th Cir. 2013). To determine plain meaning, "we examine no only the specific provision at issue, but also the structure of the statute as a whole, including its object and policy." Children's Hosp. & Health Center v. Belshe, 188 F.3d 1090, 1096 (9th Cir. 1999). "If the language has a plain meaning or is unambiguous, the

Page 6 of 15

statutory interpretation inquiry ends there."
CVS Health Corp. v. Vividus, LLC,
878 F.3d 703, 706 (9th Cir. 2017)
(citation omitted). If the statutory
language lacks a plain meaning, we
may "employ other tools, such
as legislative history, to construe
the meaning of ambiguous terms."
Benko v. Quality Loan Service Corp.,
789 F.3d 1111, 1118 (9th Cir. 2015).
If the statute remains ambiguous
even "after considering text, structure,
history, and purpose," the rule of
lenity obliges the court to select
the least-harsh interpretation consistent
with the statutory language. Barber
v. Thomas, 560 U.S. 474, 488 (2010).
    The phrase "detention of any goods,
merchandise, or other property,"
gives rise to more than one
reasonable interpretation." Woods
v. Carey, 722 F.3d 1177, 1181 (9th
Cir. 2013). Typically, courts give
terms their ordinary meaning if they
are not defined in the statute.
See FCC v. AT&T Inc., 562 U.S. 397, 403 (2011).
                Page 7 of 15

Leading dictionaries define "detention" broadly as "[t]he act or an instance of holding a person in custody; CONFINEMENT OR COMPULSORY DELAY," and "the act or fact of detaining." Black's Law Dictionary (Sixth Pocket Edition) (1996 copyright - West Publishing Co.), The Merriam-Webster Dictionary, (2004)

Thus, if a statute does not define "detention" this Court must look to the statute as a whole to determine that term's meaning. See Mohamad v. Palestinian Auth., 566 U.S. 449, 454 (2012) ("[W]ords that can have more than one meaning are given content... by their surroundings.") (quoting Whitman v. Am. Trucking Ass'ns Inc., 531 U.S. 457, 466 (2001). Because Congress has not defined "detention" this Court should choose the interpretation that best fits the Congressional structure and purpose. See U.S. v. Latimer, 991 F. 2d 1509, 1511, 1514 (9th Cir. 1993)

The general structure and purpose

Page 8 of 15

of the FTCA is that it waives the federal government's sovereign immunity and gives district courts jurisdiction over suits for money damages brought against the U.S. based on negligence or wrongful act(s) or omissions of any of its federal employees acting within the scope of their employment. See 28 U.S.C. §1346(b). However, § 2680 excludes, in the category of exceptions, a claim against an FBOP official "arising in respect of detention of property." Ali, 552 U.S. at 228. See also § 2680(c).

In sum, specifically in Mr. Griffin's case, it cannot be said that staff was within or acting within the scope of their employment when they threw away his property, whereby they could be shielded and/or protected from suit. Under the objective reasonableness standard the government officials who threw Mr. Griffin's property away are presumed to be aware of the laws governing their conduct. See
Page 9 of 15

Crawford-El v. Britton, 523 U.S. 574, 590-91 (1998); see also Saucier v. Katz, 533 U.S. 194, 202, 208-09 (2001).

Thus, Mr. Griffin had an 8th amendment right, that was clearly established at the time of the throwing away of his property, to be free and clear of the prison attendants riding roughshod with respect to his property rights. See Hudson v. Palmer, 468 U.S. 517, 530 & n.9 (1984). Therefore, because the government officials were not within the scope of their official duties as sanctioned by the United States, such shield under the relevant statutes and Supreme Court precedent should not be applied to them.

Moreover, Mr. Griffin's property was, in truth and in fact, never in a circumstance or event arising therefore, in connection with the "detention" by prison officials. Staff simply removed it from his secure locker and threw it away.

Page 10 of 15

Thus, the rule of lenity should apply to Mr. Griffin as the statute is ambiguous. If the Court deems it is not, it should nonetheless conclude that the "detention" as used in the context of the statute does not apply to the prison officials actions. There was no legitimate penological interest in throwing away Mr. Griffin's property.

In the alternative, to this FTCA Lawsuit, Mr Griffin asks this Court to consider this motion as a <u>Bivens</u> claim, if it determines a FTCA Lawsuit is not the best course of action for him. In other words, allow him to proceed under <u>Bivens</u> <u>v. Six Unknown Agents</u>, 403 U.S. 388 (1971).

Mr Griffin would ask this Court to allow him to initially amend this Lawsuit to obtain what each prison who searched his cell was, what they did in the cell during the search, allow him to explain the harmful actions they caused him to

Page 11 of 15

suffer and allow him to research the specific right the particular defendant(s) violated.

Mr. Griffin's attached declaration shows clearly sufficient facts that BOP officer(s) threw away his property in violation of the fifth and/or Eighth amendments to the Constitution. If he were allowed to amend his lawsuit, if the court allows him or wants him to proceed under a _Bivens_ versus the FTCA, he could cure any claim he may have initially erred in committing, in a properly filed Bivens. This Court should be mindful, right now, Mr. Griffin does not know which government officials actually threw away his property but he can file them as Jane or John Doe or even "Unknown" just like Bivens did. In any event, through the discovery process, he would eventually obtain their identities.

_Bivens_, is also not foreclosed

Page 12 of 15

to Mr Griffin because he has exhausted his administrative remedy available to him — a small claims dispute via 31 U.S.C. § 3723, which allows federal agency heads to settle claims for damaged or lost property (in Mr Griffin's case his property was thrown away) based on the negligence (in Mr Griffin's case Staff(s) actions were knowingly, willfull and deliberate) of federal employees. Mr Griffin does not have to go through the FBOP's administrative grievance process under C.F.R. § 542.10 et.seq. because such would be futile as he cannot recover his property (it is thrown away) nor money damages. Money damages are "unavailable" through the prison's grievance system. Booth v Churner, 532 U.S. 731, 741 (2001). Thus, Because the existence of official BOP policy — does not allow money damages pursuant to the admin. remedy or grievance process — exhaustion would be futile. Ward v Chavez, 678 F.3d 1042, 1046 (9th Cir 2012);

In any event, no alternative remedies are available to Mr. Griffin; thus he should be able to, if push comes to shove, be allowed to have his lawsuit considered under _Bivens_ pursuant to a Fifth Amendment Due Process claim or a Eighth Amendment cruel and unusual punishment claim.

Thus, Mr. Griffin, in the alternative, asks this Court to exercise its jurisdiction of this matter pursuant to 28 U.S.C. § 1331. _See Bloem v. Unknown Dept. of Interior Employees_, 920 F. Supp. 2d 154 (Dist. of DC 2013) (Bivens action may lie for Fifth Amendment claims).

Page 14 of 15

## RELIEF REQUESTED

Mr. Griffin seeks the following:

1) The actual price and value of the items listed in his Tort claim he filed with the Western Regional office, at Exhibit _____ — $360.15

2) The Costs of this lawsuit, to include but not limited to the filing fee, inmate copies at 0.15¢ per page, type Ribbon, correction tape, pen(s), paper, envelopes, and postage stamps _____ approximately $1,000.00

3) Compensatory damages for unlawful deprivation of property for a substantial period of time — $1,500.00

4) Punitive damages — $2,500.00

Dated: 07/03/2023        _Edward Griffin_
                          Edward Arthur Griffin

Page 15 of 15

Exhibit A

<u>Declaration of Edward Arthur Griffin</u>
<u>in support of facts for FTCA Lawsuit.</u>

I, Edward Arthur Griffin, hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. On July 27, 2022 my housing unit, 2B, was shook down. About 30-40 staff from various depts. in the institution took part in the shakedown. For example, case managers, counselors, CMS, education staff, etc.

2. The shakedown was part of an overall search of all the units, as certain units had been searched prior to my unit.

3. During the shakedown/search, all the inmates, to include myself, were woken up, as it was early in the morning before 7:30 a.m., and ordered to go to the recreation yard.

Page 1 of 7

4. I stayed out in the rec. yard in the sweltering heat for several hours. Upon entry in my unit, I was ordered to a new cell assignment (all the inmates on the compound had been forced to switch cells; staff packed up and moved our property to the new cell, while we were at the yard).

5. I noticed immediately that several hundred dollars of my personal property was not in my new room. This consisted of dozens of items, ranging from my hygiene items, person clothes, headphones and food items I paid for and bought off the inmate commissary we as inmates shop at — ALL OF THE ITEMS.

6. Staff told us (the inmates) they would see us "one-on-one" to let us know what is going on with our property.

7. Outside of unit 2B, on August 02, 2022,
                    Page 2 of 7

"Case Manager Ayala gave me a "confiscation and disposition of contraband" form. It was not signed. I asked her why it was not signed and she replied "I did not take your property, that is why I did not sign it. I'm only serving you with the paperwork." She also gave "confiscation and disposition of contraband" forms to about six (6) other inmates after giving me such form.

8. Initially, when she gave me the form, it had "Griffin & Yancey" on it. Inmate Yancey is my cellmate, at the time, I asked her how can she distinguish between whose property is whose, she then took the forms from me and Yancey, tore them up, and filled out the forms again. This time my form had my "sole" name on it and Yancey had his name "solely" on his form he received.

9. Ms. Ayala still refused to sign the
                    Page 3 of 7

form. She copied the description of what was on the other form (she looked back to tune up form and pieced it together) and wrote "1 bag excess commissary / food items," on the "confiscation and disposition of contraband" form it never gave me notice as to what was actually being done with my property, I have attached a copy of the form I received from Ms. Ayala at Exhibit B of my FTCA Lawsuit.

10. The next day I was entering my unit from coming from my class and Officer Ms. Quaye was speaking to an inmate about his confiscated property. I went into my cell, got my form Ms. Ayala gave me the day earlier and showed it to Ms. Quaye. I asked her how can staff take my property and not sign the form. She responded "It does not matter. If we took your property we're throwing it away."

Page 4 of 7

11. During the conversation she asked me which room I live in. I told her I lived in cell #132 at the time when my cell was shook down. She told me if that is right by the phone room (referring to the cell) she thinks she "shook it down, but she couldn't be "100% sure." She reiterated to me that if staff took my property, there going to throw it away, if they hadn't done it already, since they (staff) deemed it to be too much in my possession.

12. I explained to officer Ms. Quaye that all my property was in my locker and was secure. I explained it was not more than I was allowed to have. I told her I had cereal, soups, headphones, hygiene items and other like items. I told her I bought all my items on the commissary and they did not come from unauthorized sources. She told me I was not going to get back the items and they most likely had already been thrown away.
Page 5 of 7

13. I asked the Unit Correctional Counselor, Mr. B. Gray, for a BP-8 (informal resolution). He had me explain why I wanted such form and after my conversation with him (this was about 8-15 minutes) he told me him and the Unit Manager could not resolve my issue (which is staff misconduct). He gave me a BP-9 and told me to file it as "SENSITIVE" with the warden. I typed it up and turned in my BP-9 to Counselor Gray on August 8, 2022. See Exhibits C.

14. A few days later I spoke to one of the Lieutenants outside of chowhall at Dinner mainline. He told me to give him a few days to look into the matter. The next day when he seen me he told me "I suggest you file a tort claim. A lot of your guys property got thrown out with the trash." I

Page 6 of 7

couldn't tell you Griffin,where your property is right now."

15. On August 17, 2022 I submitted a small claims for property damage or loss pursuant to 31 U.S.C. § 3723. See Exhibit D.

16. The Western Regional office's Counsel acknowledged receiving my Administrative claim on Aug. 22, 2022, and assigned it a case no. TRT-WXR-2022-06388. See Exhibit E.

17. On February 03, 2023, After "over" 6 months had physically expired from the date of August 22, 2022, I write "George Cho" at the SeaTac address provided to me by the Western Regional Counsel in their Aug. 22 letters See Exhibit F. I did a follow up on March 3. See Exhibit G.

I declare under penalty of perjury under the laws of the U.S.A that the foregoing is true.

Executed: 07/03/23 in sheridan, OR    _Edward Griffin_
Edward Arthur Griffin,

Page 7 of 7

Exhibit B

BP-A0402
APR 10

## CONFISCATION AND DISPOSITION OF CONTRABAND  CDFRM

**U.S. DEPARTMENT OF JUSTICE**                               **FEDERAL BUREAU OF PRISONS**

| Signature/Printed Name of Staff Member Confiscating Property | Institution   FCI Sheridan |
|---|---|

| 1. Name:  Griffin | 2. Register No.  12544-042 | 3. Unit:  2B | 4. Date  8/2/22 |
|---|---|---|---|

5. The contraband listed below was found in possession of, or in the living quarters of the above
named inmate on _____. (Make a numerical list of contraband)

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I
claim ownership of the following items (identify by number from section 5 above):
Nos. ____(1)____. I am aware that a claim of ownership will not be accepted for any
item of government property. With respect to my claimed personal property, I am aware that I
have 7 days from receipt of this inventory to provide staff with evidence of my ownership of
the claimed items. 1 Bag excess Commissary (Food items)

I, __Edward Griffin__ received a copy of this inventory on __8-2-22__.
        (inmate's signature)                                                    (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the
following (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination
of the inmate's choice. The institution may pay for the mailing when the inmate has
insufficient funds and no likelihood of receiving new funds. Where the inmate is financially
able to pay postage, but refuses, or fails to provide a mailing address for return of the
property, the confiscated property will be disposed of through approved means, including
destruction of the property.

I have read or had read to me the above information. I request the following action be taken in
regards to my contraband property:

a. _____ I request the property be mailed to: _____
_____. I agree to pay all mailing costs.

Inmate's Signature: _____     Date: _____

b. _____ I request the institution to pay mailing costs. I have insufficient funds in my
institution account and do not expect to receive new funds. (The approval of the Warden or
designee is required for the institution to pay postage).

Inmate's Signature: _____     Date: _____

c. _____ Other (specify, e.g., donate to institution): _____

Inmate's Signature: _____     Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be
hard contraband for which no ownership has been established. The contraband has been disposed
of by (indicate disposition/reason):

Nos. _____

| Signature/Printed Name of Staff Member Determining Method of Disposal | Date |
|---|---|

| Signature/Printed Name of Staff Disposing of Property | Date |
|---|---|

| When Property is Destroyed, Signature/Printed Name of Staff Witness | Date |
|---|---|

Record copy - Central File; copy - Captain; Inmate Systems Manager; Inmate

Prescribed by P5521                                          Replaces BP-402(58) of JAN 83



USP LVN

Exhibit C

U.S. DEPARTMENT OF JUSTICE                                                      **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __12544-042  Edward, Griffin_____    __12544-042__    __2A__    __FCI-sheriddan__

         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A- INMATE REQUEST  Warden on July, 27, 2022 My housing unit was shook down. When I came back in the unit my property was taken. Numerous items were conficscated. Some of the items consisted of, (This is by no means an exhaustive list, just a very brief summary) Tweezers, Koss CL-20 Headphones, a 24 oz. Bowl, a master lock, my gray sweat uniform, nd approximately $250.00 of food and cosmetics. Warden I was not given an actual inventory of my property that was actually taken. As you can see it was just 1 Bag of excess commissary, along with food items. Warden I contest and disagree that I had excess commissary, hygiene items, personal clothes and headphones. Warden, Staff never inventoried my property to varify that I had more than one pear of headphones. I, in truth and in fact did not. I did not have more than one pair of tweezers. I did not have more than the allotted food amount of items from the commissary. Again, staff never left me with a list showing the items they are and left me with nor did they leave me with a list showing what items they detained and seized from me (the so-called excess items.).

Warden This administrative remedy is dealing with Staff misconduct. On August 02, 2022 I received a "confiscation and disposition of contraband" form from Case Manager Ayala. See the attachment (I made four copies and attached such to this BP-9.). No staff signed it, and When I asked Ayala to sign it, she stated "I did not take your property, that is why I did not sign it. I'm only serving you with the paperwork.)." Initially, You need to know Warden she had me and my cellmatyes name on the phon form "Griffin & Yancey." She tore it up and gave me and him one seperately. The next day when I showed fficer Quay the confiscation form and asked her how does this work, that no staff signed the form. She told me "It does not matter. If we took your property were throwing it away." She asked me which room I live in and I told her #132 at the ime of the shakedown. She told me if that was the room right by the phoneroom then she thinks she shook it down. She reiterated that my property is going to be thrown away since staff already deemed it to be too much. I explained to her that it all fits in my locker and that it was not more than what I was allowed. She told me staff is not going to give it back. Warden, When I asked Counselor Cray for a BP-8 he told me the unit team cannot resolve staff misconduct at such level, and instead he gave me a BP-9 and told me to file it "SENSITIVE." This is what I am doing.

I am requesting my property back and __*B Edward Griffin*__

8-2022  DATE have disciplinary staff (action) taken against all     SIGNATURE OF REQUESTER involved.

Part B- RESPONSE

 

_____DATE_____                    _____WARDEN OR REGIONAL DIRECTOR_____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                        CASE NUMBER: _____

                                                   CASE NUMBER: _____

Part C- RECEIPT

Return to: _____    _____    _____    _____

         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____DATE_____      (4)      _____RECIPIENT'S SIGNATURE (STAFF MEMBER)_____    BP-229(13)
                                                                  APRIL 1982

BP-A0402          **CONFISCATION AND DISPOSITION OF CONTRABAND** · CDFRM
APR 10

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Signature/Printed Name of Staff Member Confiscating Property | Institution  FCI Sheridan | | |
|---|---|---|---|
| 1. Name: Griffin | 2. Register No. 12544-042 | 3. Unit: 2B | 4. Date 8/2/22 |

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on _____ . (Make a numerical list of contraband)

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above): Nos. ____(1)____ . I am aware that a claim of ownership will not be accepted for any item of government property. With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items. 1 Bag excess commissary (Food items)

I, _Edward Griffin_  received a copy of this inventory on _8-2-22_ .
     (inmate's signature)                                        (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

   Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice. The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds. Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of the property.

   I have read or had read to me the above information. I request the following action be taken in regards to my contraband property:

a. ____ I request the property be mailed to: _____
   _____ , I agree to pay all mailing costs.

   Inmate's Signature: _____  Date: _____

b. ____ I request the institution to pay mailing costs. I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage).

   Inmate's Signature: _____  Date: _____

c. ____ Other (specify, e.g., donate to institution): _____
   _____

   Inmate's Signature: _____  Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reason): Nos. _____

| Signature/Printed Name of Staff Member Determining Method of Disposal | Date |
|---|---|
| Signature/Printed Name of Staff Disposing of Property | Date |
| When Property is Destroyed, Signature/Printed Name of Staff Witness | Date |

Record copy - Central File; copy - Captain; Inmate Systems Manager; Inmate

Prescribed by P5521                              Replaces BP-402(58) of JAN 83


PRINTED ON RECYCLED PAPER

USP LVN

Exhibit D

BP-A0943    Small Claims for Property Damage or Loss (31 U.S.C. § 3723)
MAR 18

**U.S. DEPARTMENT OF JUSTICE**                                        **FEDERAL BUREAU OF PRISONS**

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant(Register number, street, city, state, and zip code): |
|---|---|
| FCI Sheridan<br>Unit 2B | Edward Griffin<br>Reg. No. 12544-042<br>FCI - Sheridan<br>P.O. Box 5000<br>Sheridan 5000- Oregon, 97378-5000 |
| 3. Date and Day of Incident:<br>July, 27, ~~2002~~ 2022 | 4. Time: (A.M. or P.M.):<br>Morning time<br>around anywhere from 7:30 - 9:00 |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

On July 27, 2022, the following items were seized from my cell. The officers who seized my property were not assessing or collecting any taxes or performing customs duties as to me. They were not detaining any goods, merchandise or any other property as belonging to me. They did not simply withhold my property from me, but according to Officer Quaye, they are going to throw it away. When I asked Ms. Ayala-pena to sign the confiscation form she gave me, she told me she is only giving me the form but she did not search my room nor seize the items so she is not signing the form. She did admit to me that she is the one who filled out the form. However, I never received a copy of the inventory items that were seized from me, just the confiscation form attatched to this BP-A0943 form.

6. Witnesses (Please provide the name and address (number, street, city, state, and zipcode of each witness):

All the unknow staff witnesses who seized my property I have circled in the receipts.

7. Amount of Claim for Damage to, or loss of, privately owned property  (in dollars) (Sum Certain Amount - Total Amount Of Claim):

Three Hundred and Sixty Dollars and Fifteen Cents
$360.15

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative<br>*Edward Griffin* | 10. Date<br>8/17/2022 |
|---|---|

PDF                                    Prescribed by PS 5580

CONTINUED FROM PAGE ONE OF BP-A0943 FORM

I have 26 receipts and the items that the unknown officers from my cell and threw away even though it was not contraband.  I have circled the items that were seized from my cell that belonged to me personally.

For example lets looks at the first page of the receipt (the 1st receipt):

I circled tweezers along with the price (in this case $1.00).

Next lets look at a randon page, (the 4th receipt).  I have circled 7 items that were seized from my cell.  They are 1) a large gray a-shirt for $6.25; 2) a koss cl-20 headphone; 3) a 34 ounce bowl for 2.60; 4) hair moisturizer for $5.45; 5) a master lock for $5.85; 6) a thermal gray top for $10.15; and 7) a thermal gray bottom for $10.15.  The pair of headphones were $32.50

If there is any more explanation I need to provide then let me know during this investigation into the seizure of my personal property.

Again I have provided this agency reviewing my claim with twenty-six (26) receipts demonstrating the hygiene items, clothing and food items that were seized from me. The count of the items are also correct.

For example on the second attached receipt, I circled 10 ramen cajun chicken noodles. That is an accurrate count.  I specifically remember because I keep noodles in my locker for doomsday like scenario.  They last indefinetly.

All the items are accurrate, my listing as well as the counts that I am seeking reimbursement of.

The officers exercised a reckless disregard for the consequences of their actions when they seized my property and threw it away (According to Ms. Quaye, On August 2, 2022) without letting me send it home or otherwise properly dispose of it. The officers knew there was not going to be any sanctions by the Bureau for their actions as they told (I heard this for myself) other inmates "The Region fully backs this shakedown and Captain Nunez."

August 17, 2022             Respectfully submitted,

                            _Edward Griffin_ (signature)
                            Edward Griffin

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF36303
GRIFFIN, EDWARD ARTHUR
07/08/22 Time 12:50:06      TX ID 6024652
                            Receipt# 82

BEGINNING BALANCES:
Available Balance Is N/A
Spending Limit Balance Is N/A
Account Balance Is $203.12

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CEREAL MARSH MATEYS 12 C/S | $3.10 |
| 3 | DIAL SOAP 72/CS | $3.90 |
| 2 | MAYO RED WING (K) E532 12C/S | $4.60 |
| 2 | PASTRY COSMIC BROWNIES 16 C/S | $4.80 |
| 4 | PEANUT BUTTER SQUEEZUM 200CS | $2.80 |
| 2 | PICKLE TITOS/SPICY 24/CS | $1.80 |
| 1 | RUBBERBANDS 7520067 144/CS | $0.95 |
| 5 | SPAM SINGLE C318 24/CS | $7.00 |
| 2 | TONE COCOA BUTTER/ 48C/S | $2.50 |
| 1 | TOOTHBRUSH/SOFT 72/CS | $0.75 |
| 1 | UMPQUA/ SUPER SUNDAY CONE | $1.40 |
| | # ITEMS SOLD: 24 | |
| | CHARGE  12544042 | $33.60 |

ENDING BALANCES:
Available Balance Is N/A
Spending Limit Balance Is N/A
Account Balance Is $169.52

            Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF36303
GRIFFIN, EDWARD ARTHUR
07/14/22 Time 09:47:38      TX ID 6027251
                            Receipt# 29

BEGINNING BALANCES:
Available Balance Is N/A
Spending Limit Balance Is N/A
Account Balance Is $169.52

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 5 | CREAMER ITEM  24CS | $11.25 |
| 10 | JOLLY RANCHER CNDY 48C/S | $9.00 |
| 2 | LEMON JUICE(K) E511 24C/S | $1.70 |
| 2 | LIME JUICE 24CS | $2.20 |
| 1 | MINCED ONION 12 C/S | $1.25 |
| 2 | WYLERS RASBERRY 12C/S | $3.20 |
| 2 | WYLERS TROPICAL W/CAFFEINE12CS | $2.60 |
| | # ITEMS SOLD: 24 | |
| | CHARGE  12544042 | $31.20 |

ENDING BALANCES:
Available Balance Is N/A
Spending Limit Balance Is N/A
Account Balance Is $138.32

            Fingerprint Verified
Signature

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042         TF47654
GRIFFIN, EDWARD ARTHUR
10/25/21 Time 10:24:33       TX ID 5907831
                             Receipt# 53
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $145.24

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | BEEF & CHEESE STICK 72 C/S | $3.10 |
| 2 | BEEF STEAK JACK LINK 144/CS | $3.10 |
| 1 | BIC CRISTAL 2PK BLACK 12/CS | $0.95 |
| 1 | CHEST VAPOR RUB 12 C/S DNR | $2.05 |
| 1 | CHLORPHENIRAMINE ALGY TAB 24CS | $1.30 |
| 1 | CLOSE-UP CINNA BLAST 24 C/S | $1.80 |
| 1 | COCO BTER LOTION INFUZE 12 C/S | $2.50 |
| 1 | COUGH DROP SF HL 48/CS | $1.65 |
| 2 | CREAMER ITEM #8028004 DNR | $3.40 |
| 1 | DEGREE DEODORANT 7020105 12/CS | $2.60 |
| 2 | FS GOODY GOODY CS/24 | $6.30 |
| 1 | HERITAGE DETERGENT 24 C/S | $1.45 |
| 1 | IRISH SPG ICY BLAST 24073 18/C | $2.55 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $8.40 |
| 1 | LEGAL PAD/WHITE 8.5X11 48 CS | $1.50 |
| 1 | PETROLEUM JELLY 4 OZ. 12 C/S | $0.95 |
| 2 | SUPER C ORANGE DRINK 12 C/S | $2.60 |
| 1 | TOENAIL CLIPPERS 6 C/S | $0.85 |
| 1 | TWEEZERS 6 C/S | $1.00 |

# ITEMS SOLD: 25
          CHARGE  12544042      $46.05
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $99.19

Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042         TF57033
GRIFFIN, EDWARD ARTHUR
11/01/21 Time 11:37:31       TX ID 5911168
                             Receipt# 61
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $199.19

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BIC TWIN SEN 10PK 20202 T2/CS | $2.35 |
| 2 | CREAMER ITEM #8028004 DNR | $3.40 |
| 2 | FS GOODY GOODY CS/24 | $6.30 |
| 1 | GRAPE PRSRV 12 CS | $1.35 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $6.40 |
| 1 | KOOLFLOSS PICKS 48 CS | $0.90 |
| 5 | MACKEREL VANCAMPS FILLET 24/C | $5.75 |
| 2 | PEANUT BUTTER SQUEEZUM 200CS | $1.40 |
| 1 | PETROLEUM JELLY 4 OZ. 12 C/S | $0.95 |
| 10 | RAMEN CAJUN CHICKEN 2860/P | $3.00 |
| 2 | SUPER C ORANGE DRINK 12 C/S | $2.60 |
| 1 | SWEET MATE 9720 12/CS | $1.15 |
| 1 | TOOTHBRUSH HOLDER 144 C/S | $0.40 |

# ITEMS SOLD: 31
          CHARGE  12544042      $35.95
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $163.24

Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042         TF57033
GRIFFIN, EDWARD ARTHUR
11/08/21 Time 08:05:34       TX ID 5914396
                             Receipt# 10
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $163.24

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 5 | BEEF & CHEESE STICK 72 C/S | $7.75 |
| 2 | BEEF SALAMI HOMETOWN 40 C/S | $3.80 |
| 2 | CREAMER ITEM #8028004 DNR | $3.40 |
| 1 | GRAPE PRSRV 12 CS | $1.35 |
| 1 | HYDROCORTISONE 24/CS | $1.30 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $6.40 |
| 1 | KOOLFLOSS PICKS 48 CS | $0.90 |
| 1 | SUAVE 2 N 1 PLUS 6/CSDNR | $3.00 |

# ITEMS SOLD: 15
          CHARGE  12544042      $27.90
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $135.34

Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042         TF47654
GRIFFIN, EDWARD ARTHUR
11/15/21 Time 10:21:11       TX ID 5918628
                             Receipt# 96
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $135.34

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | A-SHIRT - GRAY (2PACK) - LARGE | $6.25 |
| 2 | AA PANASONIC BATTERY 72/CS | $3.10 |
| 1 | AAA PANASONIC BATTERY 72/CS | $1.70 |
| 2 | BEEF SALAMI HOMETOWN 40 C/S | $3.80 |
| 2 | COOKIE DUPLEX CREAM 12 CS | $2.60 |
| 1 | DOCUSATE SODIUM 24 C/S | $1.40 |
| 2 | JOLLY RNCHR DRINK BLU RASP 12C | $2.60 |
| 1 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $3.20 |
| 1 | KOSS CL-20 HEADPHONE 48 CS | $32.50 |
| 1 | LEMON JUICE(K) E511 84/CS | $0.85 |
| 1 | LEVEL 10 BOWL 24 OZ 12/CS | $2.60 |
| 1 | LIME JUICE 24CS | $1.10 |
| 1 | LUSTER PINK OIL MOIST. 12 C/S | $5.45 |
| 1 | MASTER LOCK 100 C/S | $5.85 |
| 3 | PHOTO TICKET | $3.00 |
| 1 | PICKLE TITOS/SPICY 24/CS | $0.90 |
| 1 | PONYTAIL HOLDERS 12 C/S | $1.25 |
| 10 | RAMEN CAJUN CHICKEN 2880/P | $3.00 |
| 3 | SPICY CHEESY RICE/ 48 CS | $3.30 |
| 1 | SWEET & HOT ASIAN SAUCE 12 C/S | $1.90 |
| 1 | THERMAL BTM GRAY LG | $10.15 |
| 1 | THERMAL TOP GRAY LG | $10.15 |

# ITEMS SOLD: 39
          CHARGE  12544042      $106.65
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $28.69

Fingerprint Verified
Signature

*************************************
***        COUPON            ***
*************************************

*************************************
***       COUPON            ***

**COUPON**

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042            TF57033
GRIFFIN, EDWARD ARTHUR
12/02/21 Time 08:59:48          TX ID 5926313
                                Receipt# 28

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $128.69

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | AAA PANASONIC BATTERY 72/CS | $3.40 |
| 1 | CHEESE CHEDDAR SQUEEZE 12/CS | $3.05 |
| 5 | CHIPS TORTILLA ROUNDS 12/CS | $11.25 |
| 1 | COLGATE/WHITE TOOTHPASTE 24 | $3.00 |
| 4 | COOKIE PEANUT BUTTER 12 C/S | $6.60 |
| 2 | DRINK MIX BLUE OCEAN 12/CS | $2.60 |
| 1 | EARWAX DROP NEW 24/CS | $1.95 |
| 1 | IRISH SPG ICY BLAST 24073 18/C | $2.55 |
| 5 | JOLLY RANCHER CNDY 48C/S | $4.25 |
| 2 | JOLLY RANCHER DRINK WMELLON 12 | $2.60 |
| 1 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $3.20 |
| 1 | LICORICE(K)RED VINE F596 24/CS | $1.70 |
| 10 | MACKEREL VANCAMPS FILLET 24/C | $11.50 |
| 2 | PORK RINDS 20/CS 3OZ | $3.00 |
| 16 | RAMEN TEXAS BEEF 2880/P | $4.80 |
| 2 | REFRIED BEANS(K) SPICY 44/CS | $3.70 |
| 3 | SALSA SAN MIGUEL 12 C/S | $3.30 |
| 1 | SEWING KITS 7524002 12/CS | $1.70 |
| 1 | SNACKERS BAKERS 12/CS | $1.95 |
| 2 | SPICY CHEESY RICE/ 48 CS | $2.20 |
| 2 | SWEET & HOT ASIAN SAUCE 12 C/S | $3.60 |
| 1 | TOOTHBRUSH/SOFT 72/CS | $0.75 |
| 8 | TURKEY&SWISS STICK 72 C/S | $12.40 |

# ITEMS SOLD: 74
CHARGE   12544042          $95.45
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $33.24

_____
Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042            TF57033
GRIFFIN, EDWARD ARTHUR
12/09/21 Time 09:17:48          TX ID 5929707
                                Receipt# 54

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,654.07

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | AAA PANASONIC BATTERY 72/CS | $3.40 |
| 1 | CHEESE CHEDDAR SQUEEZE 12/CS | $3.05 |
| 2 | COFFEE MATE HAZELNUT 4 C3 | $6.70 |
| 3 | DIAL SOAP 72/CS | $2.70 |
| 2 | JOLLY RANCHER DRINK WMELLON 12 | $2.60 |
| 1 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $3.20 |
| 1 | MAYO RED WING (K) E532 12C/S | $2.20 |
| 1 | PETROLEUM JELLY 4 OZ. 12 C/S | $0.95 |
| 2 | REFRIED BEANS(K) SPICY 44/CS | $3.70 |
| 1 | SIMETHICONE 80MG CHEWS 24 C/S | $1.85 |
| 1 | SOAP DISH 12CS | $0.80 |
| 10 | TURKEY&SWISS STICK 72 C/S | $15.50 |
| 1 | WATER BOTTLE CLR 333302 50/CS | $3.90 |

# ITEMS SOLD: 26
CHARGE   12544042          $50.55
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,603.52

_____
Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042            TF47652
GRIFFIN, EDWARD ARTHUR
12/16/21 Time 10:01:35          TX ID 5934456
                                Receipt# 99

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,803.52

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | AAA PANASONIC BATTERY 72/CS | $3.40 |
| 1 | AJAX DISH SOAP NEW 20/CS | $1.80 |
| 1 | BOOK LIGHT LED 6530014 6 C/S | $12.95 |
| 2 | CAPPUCCINO FRNCH VAN (K) 19/CS | $3.00 |
| 5 | CHIPS/RIPPLE PLAIN 16/CS | $9.25 |
| 1 | COLGATE/WHITE TOOTHPASTE 24 | $3.00 |
| 1 | DEGREE DEODORANT 7020105 12/CS | $2.60 |
| 3 | DIAL SOAP 72/CS | $2.70 |
| 2 | FS GOODY GOODY CS/24 | $8.30 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $6.40 |
| 1 | LIME JUICE 24CS | $1.10 |
| 10 | MACKEREL VANCAMPS FILLET 24/C | $11.50 |
| 1 | PETROLEUM JELLY 4 OZ. 12 C/S | $0.95 |
| 1 | Q-TIPS 144/CS | $2.85 |
| 8 | RAMEN CAJUN CHICKEN 2880/P | $2.40 |
| 2 | REFRIED BEANS(K) SPICY 44/CS | $3.70 |
| 1 | SHAVE GEL/SKIN CARE 12C/S | $1.90 |
| 1 | SWEATPANTS LO OXF PXE RUSSELL | $20.80 |
| 1 | THERMAL TOP GRAY LG | $10.15 |
| 5 | XMAS SNACK MIX 12/CS | $7.00 |
| 2 | XMAS TURLES BAR 144/CS DNR | $4.00 |

# ITEMS SOLD: 53
CHARGE   12544042          $117.75
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,685.77

_____
Fingerprint Verified
Signature

SALES INVOICE — Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF47652
GRIFFIN, EDWARD ARTHUR
1/23/21 Time 09:33:11      TX ID 5937829
                           Receipt# 69

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,685.77

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | AAA PANASONIC BATTERY 72/CS | $3.40 |
| 2 | CEREAL FRUITY BITES 16 C/S | $5.70 |
| 4 | CHIPS/RIPPLE PLAIN 16/CS | $7.40 |
| 2 | DIAL SOAP 72/CS | $1.90 |
| 2 | GRAPE PRSRV 12 CS | $2.70 |
| 2 | JOLLY RANCHER CNDY 48C/S | $1.60 |
| 1 | NESQUICK STRAWBRY 6 CS | $3.15 |
| 2 | STRAWBERRY PRSRV 12 CS | $4.60 |
| 5 | SWEET MATE 9720 12/CS | $5.75 |
| 1 | WYLERS RASBERRY 12C/S | $1.60 |
| 1 | WYLERS TROPICAL W/CAFFEINE12CS | $1.30 |
| | # ITEMS SOLD: 24 | |
| | CHARGE  12544042 | $39.30 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,646.47
Fingerprint Verified
Signature

SALES INVOICE — Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF57033
GRIFFIN, EDWARD ARTHUR
01/21/22 Time 09:33:17     TX ID 5951452
                           Receipt# 46

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,601.72

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BIC TWIN SEN 10PK 20202 72/CS | $2.35 |
| 2 | CREAMER ITEM #8028004 DNR | $4.50 |
| 1 | FS GOODY GOODY CS/24 | $3.40 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $8.40 |
| 7 | RAMEN CAJUN CHICKEN 2880/P | $2.10 |
| 3 | SPICY BEER NUTS WASABI 48CS | $3.30 |
| 1 | TOOTHBRUSH/SOFT 72/CS | $0.75 |
| | # ITEMS SOLD: 17 | |
| | CHARGE  12544042 | $22.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,578.92

Signature

SALES INVOICE — Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF57033
GRIFFIN, EDWARD ARTHUR
2/17/22 Time 10:57:46      TX ID 5960078
                           Receipt# 63

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,675.17

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | AAA PANASONIC BATTERY 72/CS | $3.40 |
| 1 | ADDRESS BOOKS CS/48 | $1.00 |
| 1 | AJAX DISH SOAP NEW 20/CS | $1.80 |
| 2 | CEREAL FRUITY BITES 16 C/S | $5.70 |
| 1 | CEREAL HONEY NUT 12 C/S | $2.85 |
| 2 | CHEESE CHEDDAR 48/CS | $3.50 |
| 2 | CHIPS DORITOS/COOL RANCH 8 CS | $3.50 |
| 3 | CHIPS/RIPPLE PLAIN 16/CS | $5.55 |
| 2 | COOKIE PEANUT BUTTER 12 C/S | $3.60 |
| 5 | CREAMER ITEM #8028004 DNR | $11.25 |
| 3 | DIAL SOAP 72/CS | $3.45 |
| 2 | DRINK MIX BLUE OCEAN 12/CS | $2.60 |
| 4 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $12.60 |
| 2 | LEMON JUICE(K) E511 24C/S | $1.70 |
| 2 | LIME JUICE 24CS | $2.20 |
| 1 | PHOTO ALBUM/SMALL 24/CS | $4.30 |
| 4 | PORK RINDS 20/CS 3OZ | $6.00 |
| 1 | RUBBERBANDS 7520067 144/CS | $0.95 |
| 1 | SIMETHICONE 80MG CHEWS 24 C/S | $1.90 |
| 2 | SNACKERS BAKERS 12/CS | $3.90 |
| 3 | SUNFLOWER KERNELS 3.5 OZ/60C/S | $1.95 |
| 5 | SWEET MATE 9720 12/CS | $5.75 |
| 2 | WYLERS TROPICAL W/CAFFEINE12CS | $2.60 |
| | # ITEMS SOLD: 53 | |
| | CHARGE  12544042 | $92.25 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1,582.92
Fingerprint Verified
Signature

SALES INVOICE — Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF57033
GRIFFIN, EDWARD ARTHUR
04/28/22 Time 08:24:43     TX ID 5992289
                           Receipt# 62

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $515.82

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | CHIPS DORITO FLAMIN/HOT 8/C8 | $4.30 |
| 1 | CHIPS/RIPPLE PLAIN 16/CS | $1.85 |
| 1 | COUGH DROP SF HL 48/CS | $1.75 |
| 5 | CREAMER ITEM #8028004 DNR | $11.25 |
| 2 | JOLLY RANCHER DRINK APPLE12CS | $2.60 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $6.40 |
| 1 | KEEFE TEA BAGS48/BX 24 C/S | $1.85 |
| 2 | LEMON JUICE(K) E511 24C/S | $1.70 |
| 1 | LIME JUICE 24CS | $1.10 |
| 2 | PASTRY APPLE PIE MULTI 12/CS | $5.70 |
| 2 | PHOTO TICKET | $2.00 |
| 1 | PORK RINDS 20/CS 3OZ | $1.50 |
| 5 | SWEET MATE 9720 12/CS | $5.75 |
| 2 | WYLERS RASBERRY 12C/S | $3.20 |
| 2 | WYLERS TROPICAL W/CAFFEINE12CS | $2.60 |
| | # ITEMS SOLD: 31 | |
| | CHARGE  12544042 | $53.55 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $462.27
Fingerprint Verified

Signature

----------------------------------------
***        COUPON        ***
----------------------------------------

----------------------------------------
***        COUPON        ***
----------------------------------------

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF47652
GRIFFIN, EDWARD ARTHUR
04/21/22 Time 09:36:18        TX ID 5989211
                              Receipt# 55
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $508.17

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CEREAL HONEY NUT 12 C/S | $2.85 |
| 2 | CHIPS DORITO FLAMIN'HOT 8/CS | $4.30 |
| 2 | CHIPS/RIPPLE PLAIN 16/CS | $3.70 |
| 1 | COLGATE/WHITE TOOTHPASTE 24 | $3.00 |
| 5 | CREAMER ITEM #8028004 DNR | $11.25 |
| 5 | DBL DIP PNT #8406122 12/C | $7.75 |
| 1 | DEGREE DEODORANT 7020105 12/CS | $2.60 |
| 3 | DIAL SOAP 72/CS | $3.45 |
| 2 | FS GRANOLA TOFFEE ALMOND 12/CS | $8.50 |
| 1 | FS ROLLED OATMEAL 12/CS | $2.80 |
| 10 | JOLLY RANCHER CNDY 48C/S | $9.00 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $6.40 |
| 2 | LEMON JUICE(K) E511 24/CS | $1.70 |
| 2 | LIME JUICE 24CS | $2.20 |
| 2 | PORK RINDS 20/CS 3OZ | $3.00 |
| 5 | PRETZEL BITES JALP 60 C/S | $3.25 |
| 5 | SWEET MATE 9720 12/CS | $5.75 |
| 2 | TONE COCOA BUTTER/ 48C/S | $2.50 |
| 1 | TOOTHBRUSH/SOFT 72/CS | $0.75 |
| 2 | WYLERS TROPICAL W/CAFFEINE12CS | $2.60 |

# ITEMS SOLD: 58
    CHARGE  12544042    $97.35
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $520.82

        Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF47652
GRIFFIN, EDWARD ARTHUR
04/14/22 Time 09:06:23        TX ID 5986078
                              Receipt# 49
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $527.22

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | CREAMER ITEM #8028004 DNR | $4.50 |
| 5 | PORK RINDS 20/CS 3OZ | $7.50 |
| 5 | SWEET MATE 9720 12/CS | $3.75 |
| 1 | UMPQUA/ ITS-IT VAN. 24 CS | $1.30 |

# ITEMS SOLD: 13
    CHARGE  12544042    $19.05
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $508.17

        Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF57633
GRIFFIN, EDWARD ARTHUR
04/07/22 Time 11:09:14        TX ID 5982251
                              Receipt# 71
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $787.02

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AAA PANASONIC BATTERY 72/CS | $1.70 |
| 2 | BEEF SALAMI HOMETOWN 40 C/S | $3.90 |
| 1 | BIC CRISTAL 2PK BLACK 12/CS | $0.95 |
| 2 | CEREAL HONEY NUT 12 C/S | $5.70 |
| 2 | CHEESE CHEDDER KRAFT SQZ 12/CS | $8.70 |
| 3 | CHILLIBACK CNTRY 11.5 OZ 24CS | $5.65 |
| 5 | CHIPS DORITO FLAMIN'HOT 8/CS | $10.75 |
| 2 | CHIPS TORTILLA ROUNDS 12/CS | $4.60 |
| 2 | COOKIE CHOCO CHIP 12/CS | $3.60 |
| 5 | COOKIE FUDGE STRIPE 12 C/S | $11.50 |
| 1 | COUGH DROP SF HL 48/CS | $1.75 |
| 1 | COUGH SYRUP SF TUSSIN 36CS | $2.75 |
| 5 | CREAMER ITEM #8028004 DNR | $11.25 |
| 2 | DRINK MIX GRN TROPICAL 12/CS | $2.60 |
| 10 | JOLLY RANCHER CNDY 48C/S | $9.00 |
| 2 | JOLLY RANCHER DRINK W/MELLON 12 | $2.60 |
| 2 | KEEFE COFFEE ZIPLOCK (K) 24/CS | $6.40 |
| 10 | MACKEREL VANCAMPS FILLET 24/C | $12.00 |
| 2 | MASHED POTATOES 4 CHEESE 12 CS | $3.40 |
| 2 | MAYO RED WING (K) E532 12C/S | $4.60 |
| 3 | PASTRY NUTTY BAR 16 C/S | $7.20 |
| 4 | PICKLE TITOS/SPICY 24/CS | $3.60 |
| 5 | PORK RINDS 20/CS 3OZ | $7.50 |
| 5 | PRETZEL BITES/BUFF WING 60CS | $3.25 |
| 10 | RAMEN CAJUN CHICKEN 2880/P | $3.00 |
| 2 | SNACKERS BAKERS 12/CS | $3.90 |
| 8 | SPAM SINGLE C318 24/CS | $11.20 |
| 5 | SWEET MATE 9720 12/CS | $5.75 |
| 2 | WYLERS TROPICAL W/CAFFEINE12CS | $2.60 |

---

# ITEMS SOLD: 108
    CHARGE  12544042    $159.80
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $627.22

        Fingerprint Verified
Signature

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF36310
GRIFFIN, EDWARD ARTHUR
05/05/22 Time 09:13:49          TX ID 5985324
                                Receipt# 42
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $460.27

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 5 | CREAMER ITEM #8026004 DNR | $11.25 |
| 1 | FS ROLLED OATMEAL 12/CS | $2.80 |
| 2 | JOLLY RANCHER DRINK APPLE12CS | $2.60 |
|  | KEEFE COFFEE ZIPLOCK (K) 24/CS | $3.20 |
| 2 | LEMON JUICE(K) E511 24C/S | $1.70 |
| 2 | PASTRY COSMIC BROWNIES 16 C/S | $4.80 |
| 1 | RUBBERBANDS 7520067 144/CS | $0.95 |
| 5 | SWEET MATE 9720  12/CS | $5.75 |
| 2 | WYLERS RASBERRY 12C/S | $3.20 |
| 2 | WYLERS TROPICAL W/CAFFEINE12CS | $2.60 |
|  | # ITEMS SOLD: 23 |  |
|  | CHARGE  12544042 | $38.85 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $421.42
            Fingerprint Verified
Signature

SALES INVOICE —Personal Inmate Information
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF47652
GRIFFIN, EDWARD ARTHUR
05/12/22 Time 09:12:45          TX ID 5999412
                                Receipt# 61
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $421.42

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 2 | CEREAL MARSH MATEYS 12 C/S | $6.20 |
| 3 | DIAL SOAP 72/CS | $3.90 |
| 2 | DRINK MIX GRN TROPICAL 12/CS | $2.60 |
| 2 | LEMON JUICE(K) E511 24C/S | $1.70 |
| 2 | LIME JUICE 24CS | $2.20 |
| 5 | SWEET MATE 9720  12/CS | $5.75 |
| 1 | VASALINE PETRO JELLY 24 CS | $1.30 |
| 2 | WYLERS TROPICAL W/CAFFEINE12CS | $2.60 |
|  | # ITEMS SOLD: 19 |  |
|  | CHARGE  12544042 | $26.25 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $395.17
            Fingerprint Verified
Signature

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF47652
GRIFFIN, EDWARD ARTHUR
05/19/22 Time 09:01:47          TX ID 6002445
                                Receipt# 55
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $395.17

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | COMPOSITION BOOK 36/CASE | $1.80 |
| 3 | DIAL SOAP 72/CS | $3.90 |
| 3 | FS WHITE RICE 24/CS | $4.95 |
| 1 | GREETING CARD  6CS | $0.65 |
| 3 | PASTRY APPLE PIE MULTI 12/CS | $8.55 |
| 4 | PEANUT BUTTER SQUEEZUM 200CS | $2.80 |
| 2 | PORK RINDS 20/CS 3OZ | $3.00 |
|  | # ITEMS SOLD: 17 |  |
|  | CHARGE  12544042 | $25.65 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $369.52
            Fingerprint Verified
Signature

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042          TF36303
GRIFFIN, EDWARD ARTHUR
05/26/22 Time 10:19:50          TX ID 6005504
                                Receipt# 76
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $369.52

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 2 | DRINK MIX GRN TROPICAL 12/CS | $2.60 |
| 2 | GREETING CARD  6CS | $1.30 |
| 2 | JOLLY RANCHER ORINK WMELLON 12 | $2.60 |
| 3 | PORK RINDS 20/CS 3OZ | $4.50 |
| 10 | PRETZEL BITES JALP 60 C/3 | $6.50 |
| 2 | WYLERS STRWBERY W/CAFFEINE12CS | $2.60 |
|  | # ITEMS SOLD: 21 |  |
|  | CHARGE  12544042 | $20.10 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $349.42
            Fingerprint Verified
Signature

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF36303
GRIFFIN, EDWARD ARTHUR
3/03/22 Time 08:31:06      TX ID 6008777
                          Receipt# 56
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $349.42

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BIC CRISTAL 2PK BLACK 12/CS | $0.95 |
| 2 | CEREAL MARSH MATEYS 12 C/S | $6.20 |
| 2 | CHIPS/RIPPLE PLAIN 16/CS | $3.70 |
| 5 | CREAMER ITEM 24CS | $11.25 |
| 2 | DRINK MIX GRN TROPICAL 12/CS | $2.60 |
| 2 | LEMON JUICE(K) E511 24C/S | $1.70 |
| 2 | LIME JUICE 24C/S | $2.20 |
| 3 | MASHED POTATOES 4 CHEESE 12 CS | $5.10 |
| 2 | PASTRY COSMIC BROWNIES 18 C/S | $4.60 |
| 2 | PICKLE TITOS/SPICY 24/CS | $1.80 |
| 1 | UMPQUA/ SALTED CARMEL | $3.00 |
| 2 | WYLERS STRWBERY W/CAFFEINE12CS | $2.50 |

# ITEMS SOLD: 26
CHARGE  12544042       $45.90
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $303.52

Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF47652
GRIFFIN, EDWARD ARTHUR
06/09/22 Time 08:48:23      TX ID 6012410
                          Receipt# 39
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $303.52

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 3 | DIAL SOAP 72/CS | $3.90 |
| 2 | DRINK MIX GRN TROPICAL 12/CS | $2.60 |
| 5 | ENVELOPES 20653 500/C3 | $1.00 |
| 1 | SHAMPOO SUAVE SCALP CNTRL CS8 | $4.55 |
| 1 | UMPQUA/ ITS-IT VAN. 24 CS | $1.40 |
| 2 | WYLERS STRWBERY W/CAFFEINE12CS | $2.60 |

# ITEMS SOLD: 14
CHARGE  12544042       $16.05
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $287.47

Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF47652
GRIFFIN, EDWARD ARTHUR
06/16/22 Time 10:15:49      TX ID 6015308
                          Receipt# 90
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $287.47

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BEEF SALAMI HOMETOWN 48 0/5 | $3.90 |
| 2 | CEREAL MARSH MATEYS 12 C/S | $6.20 |
| 2 | CHILI/BACK CNTRY 11.5 OZ 24CS | $3.90 |
| 3 | CHIPS/RIPPLE PLAIN 16/CS | $5.55 |
| 3 | PASTRY STRAWBERRY SHORTCAKE 16 | $7.20 |
| 5 | PORK RINDS 20/CS 3OZ | $7.50 |
| 1 | SNACKERS BAKERS 12/CS | $1.95 |

# ITEMS SOLD: 18
CHARGE  12544042       $36.20
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $251.27

Fingerprint Verified
Signature

---

SALES INVOICE —Personal Inmate Information —
Sheridan FCI
MAIN
ACCOUNT No. 12544042       TF47652
GRIFFIN, EDWARD ARTHUR
06/24/22 Time 09:38:04      TX ID 6018529
                          Receipt# 70
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $251.27

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AJAX DISH SOAP NEW 20/CS | $1.80 |
| 2 | CHIPS/RIPPLE PLAIN 16/CS | $3.70 |
| 2 | FLOUR TORTILLA CHI CHI 12CS | $3.00 |
| 2 | FS WHITE RICE 24/CS | $3.30 |
| 6 | JOLLY RANCHER CNDY 48C/S | $7.20 |
| 10 | MACKEREL VANCAMPS FILLET 24/C | $12.00 |
| 3 | PASTRY STRAWBERRY SHORTCAKE 16 | $7.20 |
| 5 | SPAM SINGLE C318 24/CS | $7.00 |
| 1 | SWEET & HOT ASIAN SAUCE 12 C/S | $2.95 |

# ITEMS SOLD: 34
CHARGE  12544042       $48.15
ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $203.12

Fingerprint Verified
Signature

Exhibit E



**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

August 22, 2022

Edward Griffin
Reg. No. 12544-042
Federal Correctional Institution
PO BOX 5000
Sheridan, OR 97378

RE:   Administrative Claim No. TRT-WXR-2022-06388 Received: August 22, 2022

Dear Mr. Griffin,

This is to acknowledge receipt of your Small Claims for Property Damage or Loss submitted or forwarded to this office under the provisions of 31 U.S.C. § 3723.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages.   This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Western Regional Office Consolidated Legal Center will be handling your claim for investigation and response.   Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

George Cho
Supervisory Attorney
SeaTac Consolidated Legal (CLC)
2425 South 200th Street
(PO BOX 13901)
SeaTac, WA 98198

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sc

Exhibit F

February 03, 2023

TO: George Choi (Supervisory Attorney)

Re: Tort claim TRT-WXR-2022-06388
Edward Arthur Griffin (Reg. No. 12544-043)

Mr. Choi, I submitted a Tort claim to the western Regional office in Stockton, CA on Aug. 17, '23. The Attorney, Dennis M. Wong, acknowledged receipt of my administrative claim (tort claim) on Aug. 22, '22.

Six months have come and went and to my understanding I have a year deadline if I pursue further, my claim for reimbursement of my money in the Federal Claims Court.

Mr. Choi. I'm asking you to brush the dust off of my file, credit my inmate trust fund account with $360.15 and send me off on my way.

If I'm forced to litigate in court I'll need all my expenses paid on top of compensatory damages, to include punitive.

Sincerely

Edward Griffin
Edward Arthur Griffin.

Exhibit 6

March 03, 2023

To: George Cho (Supervisory Attorney)

Re: Tort claim TRT-WXR-2022-06388

Mr Cho; I wrote you almost a month ago (February only has 28 days in the month).

Mr, Cho I hope I am not being spent. I talked to the Lieutenant Styles three times. He looked up my case and he sees it pending but no action has been taken. The third time we spoke he refused to look it up saying "I have other important matters, I can't keep looking into your claim. Your property was threw away. Write the Regional Counsel who's handling your claim.

I even spoke to the A.W. Bills and he said he would look into my claim but yet he never got back with me. Mr Cho HELP ME OUT—PLEASE.

Edward Griffin

Edward A. Griffin #13 5...

Arthur Griffin
12544-042
Sheridan (Federal Correctional Institution)
Box 5000
Sun) OR 97378-5000

Legal mail

U, S, District Court
office of the Clerk
Room 740- U.S. Courthouse
1000 S.W. Third Avenue
Portland) OR 97204-2902

Retail

RDC 21

97204

U.S. POSTAGE PAID
FCM LG ENV
SHERIDAN, OR 97378
JUL 05, 2023
$0.00
R2305M143358-09